IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

FRANCIS MARTINEZ, an individual,

    Plaintiff,

v.

    Case No: 1:16-cv-00578

LINBO VENTURES, INC., a Michigan Corporation,

    Defendant.

| | |
|---|---|
| George T. Blackmore (P76942)<br>Chastain & Afshari, LLP<br>Attorney for Plaintiff<br>21411 Civic Center Drive, Suite 200<br>Southfield, MI 48076<br>(248) 845-8594 | Peter D. Bosch (P35965)<br>Bosch Killman VanderWal, P.C.<br>Attorneys for Defendant<br>2900 E. Beltline Avenue NE, Suite A<br>Grand Rapids, MI 49525<br>(616) 364-2900 |

## STIPULATION AND ORDER OF DISMISSAL

The parties hereto, by and through their respective attorneys, hereby stipulate and agree to a dismissal of the above-entitled action with prejudice and without costs to either side as the parties have amicably settled their differences.

Dated: 12/7/16

_____
George T. Blackmore (P76942)
Attorney for Plaintiff

Dated: 12/7/16

_____
Peter D. Bosch (P35965)
Attorney for Defendant

## ORDER OF DISMISSAL

At a session of said Court held in the Courthouse, in the City of Grand Rapids, County of Kent, State of Michigan, this  9th  day of  December  , 2016.

PRESENT: Hon.  Robert J. Jonker

The parties having stipulated and the Court being duly advised in the premises;

IT IS THEREFORE ORDERED that the above-entitled matter is hereby dismissed with prejudice and without costs to any party pursuant to the terms of the parties' stipulation. Further, this is a final Order of the Court and closes this case.

 /s/ Robert J. Jonker
Hon.  ROBERT J. JONKER
U.S. DISTRICT COURT JUDGE